# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

ALEXANDRA LOPEZ,

,

Plaintiff,

vs.

ATM NETWORK, INC. & WORLDPAY US, INC. & MONEY ON DEMAND, LLC

Defendants.

8:11CV416

ORDER OF DISMISSAL WITH PREJUDICE

Having considered the Stipulation of the Plaintiff and Defendants, filed in ECF as Document No. 36,

IT IS ORDERED:

1. This case is dismissed with prejudice and on the merits.

2. The parties are responsible for their own costs and attorney fees.

Dated this 28th day of March, 2012.

BY THE COURT:

*s/ Joseph F. Bataillon*
United States District Judge